In the Matter of ADVANCED THERAPY, OT, PT, SLP, PSYCHOLOGIST, REGISTERED PROFESSIONAL NURSE (RN), PLLC, Appellant, v NEW YORK STATE EDUCATION DEPARTMENT, Respondent.

Submitted August 15, 2016; decided October 25, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.